NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Appellee,*

v.

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant.*

---

2011-1552

---

Appeal from the United States District Court for the Middle District of Pennsylvania in case no. 06-CV-1105, Judge Christopher C. Conner.

---

ON MOTION

---

ORDER

Upon consideration of Bridgeport Fittings, Inc. moves without opposition for an extension of time to file its principal brief,

Accordingly,

IT IS ORDERED THAT:

The motion is granted. Bridgeport's principal brief will be due 30 days after this Court's decision regarding its motion to stay the appeal, should the Court deny the motion.

FOR THE COURT

**OCT 2 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathryn L. Clune, Esq.
    Deanne E. Maynard, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 7 2011

JAN HORBALY
CLERK